Joseph Lavi, Esq. (SBN 209776)
Email: jlavi@lelawfirm.com
N. Nick Ebrahimian, Esq. (SBN 219270)
Email: nebrahimian@lelawfirm.com
Vincent C. Granberry, Esq. (SBN 276483)
Email: vgranberry@lelawfirm.com
Courtney M. Miller, Esq. (SBN 327850)
Email: cmiller@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Boulevard, Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for Plaintiff ADELA GASTELUM,
on behalf of herself and others similarly situated

SEYFARTH SHAW LLP
John W. Drury, Esq.
233 South Wacker Drive, Ste. 8000
Chicago, IL 60606
Email: jdrury@seyfarth.com

SEYFARTH SHAW LLP
Eric Suits, Esq.
400 Capitol Mall, Suite 2350
Sacramento, CA 95814-4428
Email: esuits@seyfarth.com

Attorneys for Defendants HAIR CLUB FOR MEN, LLC; and
HAIR CLUB FOR MEN LTD., INC.

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/7/2021

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA GASTELUM, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAIR CLUB FOR MEN, LLC; HAIR CLUB FOR MEN LTD., INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 4:20-cv-08126<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff ADELA GASTELUM and Defendants HAIR CLUB FOR MEN, LLC; HAIR CLUB FOR MEN LTD., INC. (jointly, "Defendants"), by and through their undersigned counsel of record, hereby stipulate that: (1) this

action shall be, and hereby is, dismissed without prejudice in its entirety as to all parties, and (2) all parties shall bear their own respective attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: December 28, 2020               Respectfully submitted,
                                       **LAVI & EBRAHIMIAN, LLP**

                                By:    */s Vincent C. Granberry*
                                       Joseph Lavi, Esq.
                                       Vincent C. Granberry, Esq.
                                       Courtney M. Miller, Esq.
                                       Attorneys for Plaintiff ADELA GASTELUM,
                                       on behalf of herself and others similarly situated

Dated: December 28, 2020               Respectfully submitted,
                                       SEYFARTH SHAW LLP

                                By:    */s/ Eric Suits*
                                       John W. Drury, Esq.
                                       Eric Suits, Esq.
                                       Attorneys for Defendants HAIR CLUB FOR MEN,
                                       LLC; and HAIR CLUB FOR MEN LTD., INC.